# Court of Appeals
# of the State of Georgia

ATLANTA,_August 24, 2022_____

*The Court of Appeals hereby passes the following order:*

**A23D0023. TIMOTHY GETTIS ALLEN v. THE STATE.**

Timothy Gettis Allen, who is incarcerated, seeks discretionary review of a trial court order denying three recent pro se motions. We lack jurisdiction.

When he filed his application, Allen failed to include a file-stamped copy of the order he seeks to appeal as required by Court of Appeals Rule 31 (c). Consequently, on August 5, 2022, we ordered Allen to supplement his application within ten days with a stamped "filed" copy of the order to be appealed. We indicated that failure to comply with this directive would result in dismissal of the application. Without the stamped "filed" copy of the order, we cannot ascertain if the application was filed within 30 days, which is a jurisdictional requirement.[1] See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Allen has failed to comply with this directive and more than ten days have passed since the

---

[1] Although the order Allen included in his application does not contain a stamped "filed" date, the same trial court order is part of the appellate record for Case No. A22A1740, and the copy in that record bears a stamped "filed" date of June 17, 2022. Based on that date, Allen's application, which was filed on August 2, 2022, is untimely.

August 5, 2022 order. Accordingly, Allen's application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,* __08/24/2022__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*